IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NICOLE MORRISON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3135 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis (filing 2). After reviewing the request, I shall waive payment of any fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (filing 2) is granted. The Clerk of the Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

**DATED August 19, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**